STATE OF CONNECTICUT *v.* LATOYA T. ABNEY

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 88 Conn. App. 495 (AC 23257), is denied.

*Bruce R. Lockwood,* assistant state's attorney, in support of the petition.

*Lauren Weisfeld,* assistant public defender, in opposition.

Decided June 15, 2005

JACK CAVOLICK *v.* P. GERALD DESIMONE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 638 (AC 24532), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz,* in support of the petition.

*Frank H. Santoro, R. Cornelius Danaher, Jr.,* and *Calum B. Anderson,* in opposition.

Decided June 15, 2005

JACK CAVOLICK *v.* P. GERALD DESIMONE ET AL.

On the plaintiff's cross petition for certification for appeal from the Appellate Court, 88 Conn. App. 638 (AC 24532), it is hereby ordered that no action is necessary.

*Frank H. Santoro* and *R. Cornelius Danaher, Jr.,* in support of the cross petition.

Decided June 15, 2005